The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RUTHANNA SHIRLEY, JOHNATHAN HONE, CARLY PETERS, CHARLES FRADY, MARCUS SANCHEZ, MORGAN WINES, SAMUEL KOLB, STEPHEN J. ANDERSON, THOMAS MOATS, TRENTON DE BOER, DONALD BRADLEY ALLEN, JOSHUA BELTZ, ERIC OSWALD,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF FISH AND WILDLIFE, a Washington State Governmental Agency, KELLY SUSEWIND, an individual, AMY WINDROPE, an individual, LONNIE SPIKES, an individual, STEVE BEAR, an individual, CRAIG BURLEY, an individual,<br><br>Defendants. | Case No. 3:23-cv-05077-DGE<br><br>ORDER ON MOTION TO AMEND ANSWER (DKT. NO. 20) |

This matter comes before the Court on Defendants' stipulated motion to amend their answer. (Dkt. No. 20.)

ORDER ON MOTION TO AMEND ANSWER - 1

Pursuant to Fed. R. Civ. P. 15 and LCR 15, the parties agree that Defendants may file the proposed Amended Answer attached as Exhibit 1.  The proposed Amended Answer adds only the following to Defendants' list of affirmative defenses: "Accommodating Plaintiffs would have imposed an undue hardship on the conduct of WDFW's business."  Defendants have previously raised this defense in other papers filed with the Court and sent to Plaintiffs, and no party objects to this proposed amendment.  Under Fed. R. Civ. P. 15(a)(2), a party may amend its pleading "with the opposing party's written consent."  Plaintiffs have so consented, and Defendants ask that the Court approve this stipulated amendment.  Under the Court's Order Setting Jury Trial and Pretrial Dates (Dkt. 19), the deadline for amending pleadings was July 28, 2023, and trial is set for December 2, 2024.

**ORDER**

Accordingly, and having reviewed Defendants' stipulated motion to amend their answer and the remainder of the record, the Court hereby GRANTS the motion.

DATED this 1st day of August 2023.

David G. Estudillo

United States District Judge