HONORABLE DAVID G. ESTUDILLO

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| SHIRLEY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WASHINGTON STATE DEPARTMENT OF FISH AND WILDLIFE, a government agency, <br><br> Defendants. | **CASE NO. 3:23-cv-05077-DGE** <br><br> **NOTICE OF FIRM NAME CHANGE** <br><br> (CLERK'S ACTION REQUIRED) |

**TO:**      **THE CLERK OF THE COURT;**

**AND TO:**      **ALL PARTIES AND COUNSEL OF RECORD.**

PLEASE TAKE NOTICE that effective immediately, Arnold & Jacobowitz PLLC, will be known as Arnold Jacobowitz & Alvarado PLLC. Please take further notice that the address and telephone number will remain the same.

///

///

///

NOTICE OF FIRM NAME CHANGE - 1

ARNOLD JACOBOWITZ & ALVARADO PLLC
8201 164TH AVE NE SUITE 200
REDMOND, WA 98052
(206) 799-4221

1   DATED this 13th day of February 2024.

2             **ARNOLD JACOBOWITZ & ALVARADO PLLC**

4   *s/ Nathan J. Arnold*
    NATHAN J. ARNOLD
    WSBA No. 45356
    8201 164th Avenue NE, Suite 200
    Redmond, WA 98052
    (206) 799-4221
    Nathan@CAJLawyers.com
    *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States District Court Western District of Washington by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED this 13th day of February 2024.

*s/ Nathan J. Arnold*
Nathan J. Arnold, WSBA No. 45356