**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| RUTHANNA SHIRLEY, an individual, DONALD BRADLEY ALLEN, an individual, JULI ANDERSON, an individual, STEPHEN J ANDERSON, an individual, JOSHUA BELTZ, an individual, PAUL CHERRY, an individual, TRENTON DEBOER, an individual, DREW DELOZIER, an individual, CHARLES FRADY, an individual, JOHNATHAN HONE, an individual, SAMUEL KOLB, an individual, LINDA LOPEZ, an individual, THOMAS MOATS, an individual, ERIC OSWALD, an individual, CARLY PETERS, an individual, MARCUS SANCHEZ, an individual, ISAAC STUTES, an individual, and MORGAN WINES, an individual,<br><br>                Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF FISH AND WILDLIFE, AMY WINDROPE, WDFW Deputy Director, STEVE BEAR, WDFW Chief of Enforcement, CRAIG BURLEY, WDFW Deputy Director, LONNIE SPIKES, WDFW Director of Human Resources, KELLY SUSEWIND, WDFW Director;<br><br>                Defendants. | CASE NO. 3:23-cv-05077-DGE<br><br>NOTICE OF APPEARANCE AS CO-COUNSEL |

TO:        THE CLERK OF THE COURT;
AND TO:   ALL PARTIES AND COUNSEL OF RECORD

NOTICE OF APPEARANCE – 1
3:23-cv-05077-DGE

WESTERN WASHINGTON LAW GROUP, PLLC
10485 NE 6th St. #1820
Bellevue, WA 98004
425.728.7296   Fax 425.955.5300

PLEASE TAKE NOTICE that Dennis McGlothin of the Western Washington Law Group, PLLC, hereby enters appearance as co-counsel representing the following individuals, Plaintiffs in this matter:

Ruthanna Shirley
Donald Bradley Allen
Juli Anderson
Stephen J Anderson
Joshua Beltz
Paul Cherry
Trenton DeBoer
Drew Delozier
Charles Frady
Johnathan Hone
Samuel Kolb
Linda Lopez
Thomas Moats
Eric Oswald
Carly Peters
Marcus Sanchez
Isaac Stutes
Morgan Wines

without waiving objection as to improper service or jurisdiction. Please serve any subsequent papers and pleadings in this action upon the undersigned attorney at the following address, except original process.

WESTERN WASHINGTON LAW GROUP, PLLC
10485 NE 6th St. #1820
Bellevue, WA 98004
docs@westwalaw.com.

DATED this 1st day of August 2024.

WESTERN WASHINGTON LAW GROUP, PLLC

*/s/ Dennis McGlothin*

_____

NOTICE OF APPEARANCE – 2
3:23-cv-05077-DGE

WESTERN WASHINGTON LAW GROUP, PLLC
10485 NE 6th St. #1820
Bellevue, WA 98004
425.728.7296   Fax 425.955.5300

Dennis McGlothin, WSBA No. 28177
Co-counsel for Plaintiffs

NOTICE OF APPEARANCE – 3
3:23-cv-05077-DGE

WESTERN WASHINGTON LAW GROUP, PLLC
10485 NE 6th St. #1820
Bellevue, WA 98004
425.728.7296  Fax 425.955.5300