# EXHIBIT 3

Honorable David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RUTHANNA SHIRLEY, JOHNATHAN HONE, CARLY PETERS, CHARLES FRADY, MARCUS SANCHEZ, MORGAN WINES, SAMUEL KOLB, STEPHEN J. ANDERSON, THOMAS MOATS, TRENTON DE BOER, DONALD BRADLEY ALLEN, JOSHUA BELTZ, ERIC OSWALD, DREW DELOZIER, LINDA LOPEZ, PAUL CHERRY, ISAAC STUTES, JULI ANDERSON,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF FISH AND WILDLIFE, a Washington State Governmental Agency, KELLY SUSEWIND, an individual, AMY WINDROPE, an individual, LONNIE SPIKES, an individual, STEVE BEAR, an individual, CRAIG BURLEY, an individual,<br><br>Defendants. | No. 3:23-cv-05077-DGE<br><br>**NOTICE OF DEPOSITION OF CARLY PETERS** |

TO:   CARLY PETERS

AND TO:   NATHAN ARNOLD and R. BRUCE JOHNSTON of ARNOLD & JACOBWITZ PLLC and DENNIS MCGLOTHIN of WESTERN WASHINGTON LAW GROUP PLLC

*NOTICE OF DEPOSITION OF CARLY PETERS- 1*
*(3:23-CV-05077-DGE)*

**Hillis Clark Martin & Peterson P.S.**
999 Third Avenue, Suite 4600
Seattle, WA  98104
Tel: (206) 623-1745
Fax: (206) 623-7789

1  YOU, AND EACH OF YOU, WILL PLEASE TAKE NOTICE that the testimony of
2  CARLY PETERS will be taken upon oral examination at the instance and request of Defendants
3  in the above-entitled action before a notary public or other person authorized by law to administer
4  oaths and will be recorded by stenographic means. The deposition will be conducted via Zoom
5  Videoconferencing on **January 23, 2025, commencing at the hour of 1:30 p.m.**, said oral
6  examination to be subject to continuance or adjournment from time to time or place until
7  completed, and to be taken on the ground and for the reason that said witness will give evidence
8  material to Defendants' case.

DATED this 9th day of January, 2025.

HILLIS CLARK MARTIN & PETERSON P.S.

By *s/Mary Crego Peterson*
Mary Crego Peterson, WSBA # 31593
Jake Ewart, WSBA # 38655
Michael E. Schmidt, WSBA # 56883
Rosa O. Ostrom, WSBA # 55933
999 Third Avenue, Suite 4600
Seattle, WA  98104
T: 206.623.1745
F: 206.623.7789
E: mary.peterson@hcmp.com
   jake.ewart@hcmp.com
   michael.schmidt@hcmp.com
   rosa.ostrom@hcmp.com

*Special Assistant Attorneys General*
*Attorneys for Defendants*

---

*NOTICE OF DEPOSITION OF CARLY PETERS- 2*
*(3:23-CV-05077-DGE)*

HILLIS CLARK MARTIN & PETERSON P.S.
999 Third Avenue, Suite 4600
Seattle, WA  98104
Tel: (206) 623-1745
Fax: (206) 623-7789

# CERTIFICATE OF SERVICE

I hereby certify that I caused to be served a true and correct copy of the foregoing document by method indicated below and addressed to the following:

Nathan J. Arnold, WSBA, #45356
Arnold Jacobwitz & Alvarado PLLC
8201 164th Ave. NE, Suite 200
Redmond, WA 98052
nathan@ajalawyers.com
(206)799-4221

*Delivery Via:*
[ ] U.S. Mail
[ ] Overnight Mail
[ ] Facsimile
[☒] E-Mail
[ ] CM/ECF

Dennis McGlothin, WSBA #28177
Western Washington Law Group PLLC
10485 NE 6th St. Suite 1820
Bellevue, WA 98004
docs@westwalaw.com

*Counsel for Plaintiff*

R. Bruce Johnston, WSBA No. 4646
Arnold Jacobwitz & Alvarado PLLC
720 Seneca Street Ste. 107, No. 393
Seattle, WA 98101
bruce@rbrucejohnston.com
(206) 799-4221

*Of Counsel to Attorney for Plaintiffs*

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 9th day of January, 2025, at Seattle, Washington.

HILLIS CLARK MARTIN & PETERSON P.S.

*s/Sopheary Sanh*
Sopheary Sanh, Legal Assistant
sopheary.sanh@hcmp.com

*NOTICE OF DEPOSITION OF CARLY PETERS- 3*
*(3:23-CV-05077-DGE)*

**HILLIS CLARK MARTIN & PETERSON P.S.**
999 Third Avenue, Suite 4600
Seattle, WA 98104
Tel: (206) 623-1745
Fax: (206) 623-7789