# EXHIBIT 6

| | |
|---|---|
| **From:** | Mary Crego Peterson |
| **To:** | Nathan J. Arnold; Robbie Tester; docs@westwalaw.com; Dennis McGlothin; "R. Bruce Johnston" |
| **Cc:** | Jake Ewart; Michael E. Schmidt; Rosa O. Ostrom; Natalia Corduneanu; Korri Oosting; Manny Jacobowitz; Kelly DEttorre |
| **Subject:** | RE: Shirley, et al. v. WA State Dept. of Fish and Wildlife, et al. \| USDC Western No. 3:23-cv-05077-DGE - Dep of Thomas Moats |
| **Date:** | Wednesday, January 15, 2025 4:46:00 PM |

Dear Nate,

I understand from your email below that you are informing me that plaintiff Moats does not intend to appear for the deposition we have noted for tomorrow, and that plaintiffs Beltz, Wines, Sanchez and Peters also do not intend to appear for the depositions we have noted. If I am misunderstanding your email, please let me know.

I have a different recollection of our last conversation about this issue, which is that whether your clients choose to remain in this case is an issue between you and your clients, and not a question my clients or I can answer, and that if your clients remained in the case we would need to note their depositions before the January 31 discovery cutoff. Since your clients had not withdrawn, we noted their depositions.

If your clients do not intend to remain as parties in this case, the easiest way to resolve this issue is for them to dismiss their claims. If they do intend to remain in the case, please let me know when they will be available for depositions before the discovery cutoff.

Best regards,

Mary

**Mary Crego Peterson**
**Hillis Clark Martin & Peterson P.S.**
999 Third Avenue | Suite 4600 | Seattle, WA 98104
d: **206.470.7672** | 206.623.1745 | f: 206.623.7789
mary.peterson@hcmp.com  |  www.hcmp.com  | vCard  |  view my bio

---

**From:** Nathan J. Arnold <nathan@ajalawyers.com>
**Sent:** Wednesday, January 15, 2025 3:05 PM
**To:** Sopheary Sanh <sopheary.sanh@hcmp.com>; Robbie Tester <Robbie@ajalawyers.com>; docs@westwalaw.com; Dennis McGlothin <dennis@westwalaw.com>; 'R. Bruce Johnston' <bruce@rbrucejohnston.com>
**Cc:** Mary Crego Peterson <mary.peterson@hcmp.com>; Jake Ewart <jake.ewart@hcmp.com>; Michael E. Schmidt <michael.schmidt@hcmp.com>; Rosa O. Ostrom <rosa.ostrom@hcmp.com>; Natalia Corduneanu <natalia@ajalawyers.com>; Korri Oosting <korri@ajalawyers.com>; Manny Jacobowitz <manny@ajalawyers.com>; Kelly DEttorre <kelly@westwalaw.com>

**Subject:** Re: Shirley, et al. v. WA State Dept. of Fish and Wildlife, et al. | USDC Western No. 3:23-cv-05077-DGE - Dep of Thomas Moats

**[EXTERNAL]**

Mary, I cannot confirm this deposition. We discussed this at our last discovery meet and confer. We informed you that the individuals you seek to depose, including tomorrow, settled their claims. You said that you would seek information from your client. Do you have new information that did not occur? In any event, I will add this to the discovery issues we have to bring to the court.

Nathan J. Arnold
ARNOLD JACOBOWITZ & ALVARADO PLLC

Nathan@AJAlawyers.com

206.799.4221

720 Seneca St., Ste. 107, No. 393

Seattle, WA 98020

113 Woodin Ave, Ste 200

Chelan, WA 98816 (not for service)

**NOTICE: This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies. IRS 230 DISCLOSURE - you should be aware that this communication is not intended or written by the sender to be used, and it cannot be used, by any recipient for the purpose of avoiding penalties that may be imposed on the recipient under United States federal tax laws.**

**From:** Sopheary Sanh <sopheary.sanh@hcmp.com>
**Sent:** Tuesday, January 14, 2025 5:14 PM
**To:** Nathan J. Arnold <nathan@ajalawyers.com>; Robbie Tester <Robbie@ajalawyers.com>; docs@westwalaw.com <docs@westwalaw.com>; Dennis McGlothin <dennis@westwalaw.com>; 'R. Bruce Johnston' <bruce@rbrucejohnston.com>

**Cc:** Mary Crego Peterson <mary.peterson@hcmp.com>; Jake Ewart <jake.ewart@hcmp.com>; Michael E. Schmidt <michael.schmidt@hcmp.com>; Rosa O. Ostrom <rosa.ostrom@hcmp.com>; Natalia Corduneanu <natalia@ajalawyers.com>; Korri Oosting <korri@ajalawyers.com>; Manny Jacobowitz <manny@ajalawyers.com>; Kelly DEttorre <kelly@westwalaw.com>
**Subject:** Shirley, et al. v. WA State Dept. of Fish and Wildlife, et al. | USDC Western No. 3:23-cv-05077-DGE - Dep of Thomas Moats

Good afternoon – below please find the Zoom info for the scheduled deposition of Thomas Moats on 1/16/25 starting at 9:30 am.

Please confirm that you and your client will be present. We have reserved a court reporter and may incur cancellation fees for any schedule changes at this point.

Join from PC, Mac, iOS or Android
https://www.remotecounsel.com/meetings/TqMSdO5mZYY/join

Password


Join by Phone
646-568-7788
Meeting ID: 99777293247

Videoconference System
H323: 162.255.36.11##99777293247#555712
SIP:  99777293247@162.255.36.11


Sincerely,

**Sopheary Sanh**
Legal Assistant
**Hillis Clark Martin & Peterson P.S.**
999 Third Avenue | Suite 4600 | Seattle, WA 98104
d: **206.470.7698** | 206.623.1745 | f: 206.623.7789
sopheary.sanh@hcmp.com | www.hcmp.com

Confidentiality Notice:
This communication (including all attachments) is confidential and may be attorney-client privileged. It is intended only for the use of the individuals or entities named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately.