UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RUTHANNA SHIRLEY, JOHNATHAN HONE, CARLY PETERS, CHARLES FRADY, MARCUS SANCHEZ, MORGAN WINES, SAMUEL KOLB, STEPHEN J. ANDERSON, THOMAS MOATS, TRENTON DE BOER, DONALD BRADLEY ALLEN, JOSHUA BELTZ, ERIC OSWALD, DREW DELOZIER, LINDA LOPEZ, PAUL CHERRY, ISAAC STUTES, JULI ANDERSON,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF FISH AND WILDLIFE, a Washington State Governmental Agency, KELLY SUSEWIND, an individual, AMY WINDROPE, an individual, LONNIE SPIKES, an individual, STEVE BEAR, an individual, CRAIG BURLEY, an individual,<br><br>Defendants. | No. 3:23-cv-05077-DGE<br><br>**DECLARATION OF MARY PETERSON IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE OPINIONS OF HARVEY RISCH** |

Pursuant to 28 U.S.C. § 1746, the undersigned hereby declares that:

1. I am an attorney with the firm of Hillis Clark Martin & Peterson P.S., which represents Defendants in this action. I have personal knowledge of the matters set forth in this declaration and am competent to testify in this matter.

*DECLARATION OF MARY PETERSON IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE OPINIONS OF HARVEY RISCH*
*(3:23-CV-05077-DGE) - 1*

**HILLIS CLARK MARTIN & PETERSON P.S.**
999 Third Avenue, Suite 4600
Seattle, WA 98104
Tel: (206) 623-1745
Fax: (206) 623-7789

2. Attached as Exhibit A is a copy of the report of Dr. Harvey Risch, dated November 28, 2024.

3. Attached as Exhibit B is a copy of the rebuttal report of Dr. Harvey Risch, dated January 10, 2025.

4. Attached as Exhibit C are excerpts from the deposition of Dr. Harvey Risch that was taken on January 29, 2025.

5. Attached as Exhibit D is a copy of the report of Dr. John Lynch (attachments omitted), dated November 27, 2024.

6. Attached as Exhibit E is a copy of the rebuttal report of Dr. John Lynch, dated January 14, 2025.

I hereby declare, under the penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on this 13th day of February, 2025, at Seattle, Washington.


By: *s/Mary Peterson*
MARY PETERSON

*DECLARATION OF MARY PETERSON IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE OPINIONS OF HARVEY RISCH*
*(3:23-CV-05077-DGE) - 2*

HILLIS CLARK MARTIN & PETERSON P.S.
999 Third Avenue, Suite 4600
Seattle, WA 98104
Tel: (206) 623-1745
Fax: (206) 623-7789

# **CERTIFICATE OF SERVICE**

I hereby caused to be served a true and correct copy of the foregoing document by method indicated below and addressed to the following:

| | |
|---|---|
| Nathan J. Arnold, WSBA, #45356<br>Arnold Jacobwitz & Alvarado PLLC<br>720 Seneca Street Ste. 107, No. 393<br>Seattle, WA 98101<br>nathan@ajalawyers.com<br>(206)799-4221 | *Delivery Via:*<br>[ ] U.S. Mail<br>[ ] Overnight Mail<br>[ ] Facsimile<br>[☒] E-Mail<br>[☒] CM/ECF |

Dennis McGlothin, WSBA #28177
Western Washington Law Group PLLC
10485 NE 6th St. Suite 1820
Bellevue, WA 98004
docs@westwalaw.com

*Counsel for Plaintiff*

R. Bruce Johnston, WSBA No. 4646
Arnold Jacobwitz & Alvarado PLLC
720 Seneca Street Ste. 107, No. 393
Seattle, WA 98101
bruce@rbrucejohnston.com
(206) 799-4221

*Of Counsel to Attorney for Plaintiffs*

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 13th day of February, 2025, at Seattle, Washington

HILLIS CLARK MARTIN & PETERSON P.S.

*s/Sopheary Sanh*
Sopheary Sanh, Legal Assistant
sopheary.sanh@hcmp.com

*DECLARATION OF MARY PETERSON IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE OPINIONS OF HARVEY RISCH*
*(3:23-CV-05077-DGE) - 3*

HILLIS CLARK MARTIN & PETERSON P.S.
999 Third Avenue, Suite 4600
Seattle, WA 98104
Tel: (206) 623-1745
Fax: (206) 623-7789