copy of that correspondence is attached as Exhibit B (Exh.B_PRR22496_ReceiptConfirmation).

4. On August 14, 2024, I received an installment of records from the Department in response to my request. Attached as Exhibit C is a true and correct copy of that transmittal email (Exh.C_EmailRecord_PRR22496_Installment_PH7).

5. Transmitted with the email was a public-record Excel workbook. For reasons of volume, I do not include here a printout of the entire multi-sheet workbook.

6. I provided the delivery to my attorneys.

7. Attached hereto as Exhibit D, is a true and correct copy of certain excerpts from that public records Excel document (Exh.D_COVID-19DataTracking). This is the same excerpt which was attached in two parts as Exhibits C and D to Mr. Johnston's February 14, 2025 declaration, ECF No. 88-1. It is attached here again for clarity.

EXECUTED under penalty of perjury under the laws of the State of Washington and the United States this 14th day of March 2025 at Cascade, Montana.

*Samuel Kolb*

Samuel Kolb

DECLARATION OF SAMUEL KOLB - 2
(Case No. 3:23-cv-05077-DGE)

ARNOLD & JACOBOWITZ PLLC
720 Seneca St., Ste. 107, No. 393
Seattle, WA 98020
(206) 799-4221