# EXHIBIT A

# Request for Public Records 01/16/2023

Samuel S. Kolb (Former WDFW Employee)
3308 6th Ave. N
Great Falls, MT  59401
360-907-9814
MuleDeerCrazy@aol.com

Under the provisions of the Washington Public Records Act, I am requesting copies of public records pertaining to the Covid 19 Vaccine Mandate Exemption and Accommodation process as outlined in Governor Inslee's Proclamation, subsequently implemented/carried out by WDFW.  This request should include any writings, recordings, electronic files, text messages and emails (including all metadata associated with electronic files), within WDFW or between the Department and other state agencies, including the Governor's Office and the Office of Financial Management (OFM).

Specifically, I am looking for the following information:

> Any and all communications between Amy Windrope and Kelly Susewind from August 1, 2020, to present, that pertains to the following:
>
> - COVID/COVID 19 guidance and direction
> - Approving Exemptions and/or Accommodations
> - Rescinding/Denying Exemptions and/or Accommodations
> - New guidance/direction for rescinding approved accommodations
> - Medical or Scientific studies related to COVID 19
> - Data of adverse reactions from the vaccine
> - Any adverse reactions to the vaccine reported by employees
> - Questions of efficacy related to the vaccine
> - Any discussions of inefficacy of the vaccine
> - Any discussions around reinstatement of previously terminated employees
> - Guidance/direction for offering other terminated employees either back pay or their jobs back, as a result of losing the first three arbitrations

I am requesting a waiver of any associated fees, as this information will contribute significantly to the public's understanding and awareness of how Governor Inslee's Vaccine Mandate has negatively impacted, not only the Department of Fish and Wildlife, but the citizens of the State of Washington.  If a waiver will not be granted, please inform me if the costs will exceed $50.

Thank you for your time and effort!

Samuel S. Kolb
(Former Area Habitat Biologist – Region Five)