# EXHIBIT B

PRR_22496_Kolb_Ack_Ext_04.13.23

From:   Brown, Jennifer M (DFW) (jennifer.brown@dfw.wa.gov)

To:     muledeercrazy@aol.com

Date:   Tuesday, January 24, 2023 at 02:24 PM MST

Good afternoon, Samuel Kolb,

As required by Washington's Public Records Act, RCW 42.56, this email is in response to your public records request received on January 17, 2023, and assigned **PRR No. 22496.**

You requested the following:

**I am requesting copies of public records pertaining to the Covid 19 Vaccine Mandate Exemption and Accommodation process as outlined in Governor Inslee's Proclamation, subsequently implemented/carried out by WDFW. This request should include any writings, recordings, electronic files, text messages and emails (including all metadata associated with electronic files), within WDFW or between the Department and other state agencies, including the Governor's Office and the Office of Financial Management (OFM).**

**Specifically, I am looking for the following information:**

**(1) Any and all communications between Amy Windrope and Kelly Susewind from August 1, 2020, to present [January 17, 2023], that pertains to the following:**

**- COVID/COVID 19 guidance and direction
- Approving Exemptions and/or Accommodations
- Rescinding/Denying Exemptions and/or Accommodations
- New guidance/direction for rescinding approved accommodations
- Medical or Scientific studies related to COVID 19
- Data of adverse reactions from the vaccine
- Any adverse reactions to the vaccine reported by employees
- Questions of efficacy related to the vaccine
- Any discussions of inefficacy of the vaccine
- Any discussions around reinstatement of previously terminated employees
- Guidance/direction for offering other terminated employees either back pay or their jobs back, as a result of losing the first three arbitrations**

Consistent with RCW 42.56.520, additional time is needed to search, review for sensitive information, and respond. We anticipate our next response and estimate an installment of records no later than **April 13, 2023.**

Beginning July 23, 2017, RCW 42.56.120 states that agencies may charge fees to recover the cost of producing copies of records when fulfilling public records requests. The fee schedule is available on our

WDFW Public Records [webpage](webpage).

You may contact me by phone at (564) 669-4827 or by email at [jennifer.brown@dfw.wa.gov](jennifer.brown@dfw.wa.gov) if you have questions concerning your public records request.

Respectfully,
**Jennifer Brown, JD**
Public Records Analyst | Public Records Unit
Washington Department of Fish and Wildlife
MS# 43146
PO Box 43200, Olympia, WA 98501
[Jennifer.Brown@dfw.wa.gov](Jennifer.Brown@dfw.wa.gov) | (564) 669-4827

**From:** muledeercrazy@aol.com <muledeercrazy@aol.com>
**Sent:** Monday, January 16, 2023 5:12 PM
**To:** PDR Response (DFW) <DFWPDR@dfw.wa.gov>
**Subject:** PDR Submittal

**External Email**

See attached.

Thanks!

Samuel S. Kolb


PDR Submittal Form.docx
39.2kB


PDR Windrope-Susewind.docx
23.1kB