# EXHIBIT C

• PRR_22496_Kolb_PH7_Ext_10.7.24                                                                                                      Aol/Old Mail

 **Brown, Jennifer M (DFW)**
From: jennifer.brown@dfw.wa.gov
To: muledeercrazy@aol.com

🖨 Wed, Aug 14, 2024 at 10:54 AM

Good morning, Samuel Kolb,

This email pertains to your open public records request, **PRR No. 22496.**

Here is a link to **Phase 7** of records responsive to this request, **PRR No. 22496.** All you need to do is click the link. There is no password or login required. Once you have opened a file, you will have the option to view and download the records. The link will expire 30 days after your request has closed. Please let me know if you have any questions or concerns.

Consistent with RCW 42.56.520, additional time is needed to search for records, review for sensitive information, and respond to this request. We anticipate our next response and estimate an installment of records continues to be no later than **October 7, 2024.**

RCW 42.56.120 provides that agencies may charge fees to recover the cost of producing copies of records when fulfilling public records requests. The fee schedule is available on the WDFW Public Records webpage.

You may contact me by phone at (564) 669-4827 or by email at Jennifer.Brown@dfw.wa.gov if you have questions concerning this public records request.

Respectfully,
**Jennifer Brown, JD**
Public Records Analyst | Public Records Unit
Washington Department of Fish and Wildlife
MS# 43140
PO Box 43200, Olympia, WA 98501
Jennifer.Brown@dfw.wa.gov | (564) 669-4827