# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| RUTHANNA SHIRLEY et al., <br><br> Plaintiff, <br><br> v. <br><br> WASHINGTON STATE DEPARTMENT OF FISH AND WILDLIFE et al., <br><br> Defendant. | CASE NO. 3:23-cv-05077-DGE <br><br> ORDER DISMISSING PLAINTIFFS THOMAS MOATS, JOSHUA BELTZ, CARLY PETERS, MARCUS SANCHEZ AND MORGAN WINES AND DENYING THE MOTION TO WITHDRAW (DKT. NO. 94) |

On March 12, 2025, the Court denied Defendant's motion to dismiss and ordered Plaintiffs Thomas Moats, Joshua Beltz, Carly Peters, Marcus Sanchez and Morgan Wines to appear and inform the Court whether they agreed to be voluntarily dismissed. (Dkt. No. 133.) The Court held a hearing on the matter on March 28, 2025 at 10:30 a.m. (Dkt. No. 150.) Each plaintiff agreed to be dismissed.

Accordingly, the claims brought by Plaintiffs Thomas Moats, Joshua Beltz, Carly Peters, Marcus Sanchez and Morgan Wines are HEREBY DISMISSED without prejudice. The Motion to Withdraw as Attorney (Dkt. No. 94) is therefore DENIED as moot.

Dated this 31st day of March, 2025.

David G. Estudillo
United States District Judge

ORDER DISMISSING PLAINTIFFS THOMAS MOATS, JOSHUA BELTZ, CARLY PETERS, MARCUS SANCHEZ AND MORGAN WINES AND DENYING THE MOTION TO WITHDRAW (DKT. NO. 94) - 2